UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LJUBA PAVLOV AND
BESMA SAMI,

    Plaintiffs,

vs.

JEFF SESSIONS, et al.,

    Defendants.
_____/

Case No. 17-cv-11987
HON. MARK A. GOLDSMITH

### ORDER DISMISSING MOTION TO STAY ALL PROCEEDINGS PENDING THE SIXTH CIRCUIT'S DECISION IN HAMAMA V. ADDUCCI (Dkt. 18) AS MOOT

This matter is before the Court on the Government's motion to stay all proceedings pending the Sixth Circuit's Decision in Hamama v. Adducci (Dkt. 18). The Sixth Circuit's opinion issued on December 20, 2018, Hamama v. Adducci, 912 F.3d 869, 871 (6th Cir. 2018), and the mandate issued on April 10, 2019. Accordingly, the Government's motion (Dkt. 18) is **DISMISSED** as moot.

    SO ORDERED.

Dated: April 10, 2019
    Detroit, Michigan

s/Mark A. Goldsmith
MARK A. GOLDSMITH
United States District Judge