UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LJUBA PAVLOV AND
BESMA SAMI,

       Plaintiffs,                    Case No. 17-cv-11987
vs.                                     HON. MARK A. GOLDSMITH

JEFF SESSIONS, et al.,

       Defendants.
_____/

## JUDGMENT

For the reasons stated in the opinion and order entered on today's date, it is ordered and adjudged that the this matter is dismissed without prejudice as to Plaintiffs' loss of consortium claim, and with prejudice as to all other claims.

                                              DAVID J. WEAVER
                                              CLERK OF THE COURT

                              By:    s/Karri Sandusky
                                        DEPUTY COURT CLERK

APPROVED:

s/Mark A. Goldsmith
MARK A. GOLDSMITH
UNITED STATES DISTRICT JUDGE

Dated: April 17, 2020